UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED HUSAIN ZUBAIR,

                Plaintiff,

-against-

CON EDISON COMPANY OF NY, et al.,

                Defendants.

1:20-CV-1313 (CM)

ORDER DIRECTING ORIGINAL SIGNATURE

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff brings this action *pro se*. He submitted his complaint and his consent to electronic service of Court documents without original signatures. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

    Plaintiff is directed to resubmit the signature pages of his complaint and his consent to electronic service of Court documents with original signatures to the Court within thirty days of the date of this order. Copies of the signature pages are attached to this order.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: February 18, 2020
       New York, New York

                                                  COLLEEN McMAHON
                                        Chief United States District Judge