UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED HUSAIN ZUBAIR,

                      Plaintiff,

-against-

CON EDISON COMPANY OF NY, et al.,

                      Defendants.

1:20-CV-1313 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      By orders dated February 18, 2020, the Court directed Plaintiff, within thirty days, to resubmit the signature pages of his complaint and his consent to electronic service of Court documents with his original signatures, and either pay the relevant fees to bring this action or submit an amended *in forma pauperis* ("IFP") application. Those orders specified that failure to comply would result in dismissal of this action. Plaintiff has not submitted the signed signature pages or either paid the fees or submitted an amended IFP application. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  April 21, 2020
           New York, New York

                                                        COLLEEN McMAHON
                                                 Chief United States District Judge