UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMEND HUSAIN ZUBAIR,

                              Plaintiff,

        -against-

CON EDISON COMPANY OF NY, et al.,

                              Defendants.

1:20-CV-1313 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 21, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit documents with original signatures, and his failure to pay the relevant fees or file an amended *in forma pauperis* application. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

 Dated:    April 21, 2020
           New York, New York

                                        _____
                                            COLLEEN McMAHON
                                        Chief United States District Judge