UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED HUSAIN ZUBAIR,

                Plaintiff,

    -against-

CONEDISON COMPANY OF NY, et al.,

                Defendants.

1:20-CV-1313 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued June 1, 2020, dismissing this action, but granting Plaintiff leave to replead his claims in an amended complaint to be filed with 30 days of the date of that order,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. Plaintiff has failed to file an amended complaint within the time allowed. The Court therefore dismisses Plaintiff's claims for the reasons discussed in the Court's June 1, 2020 order. The Court dismisses Plaintiff's claims under federal law for failure to state a claim on which relief may be granted, and declines to consider Plaintiff's claims under state law.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 3, 2020
           New York, New York

                                            *Louis L. Stanton*
                                            Louis L. Stanton
                                                 U.S.D.J.